UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ASCOT SPECIALTY INSURANCE CO                 CIVIL ACTION NO. 26-cv-758

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

A A ALPINE STORAGE                            MAGISTRATE JUDGE HORNSBY


**MEMORANDUM ORDER**

Defendant AA Alpine Storage filed its Diversity Jurisdiction Disclosure Statement (Doc. 7) and alleged that it is a limited liability company organized under the laws of the State of Utah with its principal place of business in Utah and that "[i]ts members are all citizens of Utah." Further information is required in order for the court to assess whether diversity jurisdiction exists in this case.

The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). The filings must "identify [the LLC's] members and allege their citizenship." MidCap Media Fin., L.L.C. v. Pathway Data, Inc., 929 F.3d 310, 314 (5th Cir. 2019).

The filing does not state whether the members of the LLC are individuals or other entities. If the members are themselves partnerships, LLCs, corporations or other form of

entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018). If they are individuals, their states of domicile (not mere residency) must be alleged. Midcap Media, 929 F.3d at 313-14. To the extent membership interests or domiciles have changed, the relevant time for assessing citizenship is the date the complaint was filed.

AA Alpine is directed to file by **May 1, 2026** an amended Diversity Jurisdiction Disclosure Statement that specifically identifies all of its members and alleges the citizenship of each member in accordance with applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of April, 2026.

Mark L. Hornsby
U.S. Magistrate Judge